**Electronically Filed
Supreme Court
SCPW-26-0000424
02-JUL-2026
10:37 AM
Dkt. 22 ODMR**

SCPW-26-0000424

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RALPH S. CUSHNIE; TARA MALIA GREGORY; and DOUGLAS W. PASNIK,
Petitioners,

vs.

SCOTT T. NAGO, in official capacity as Chief Election Officer,
State of Hawai'i; and HAWAI'I ELECTIONS COMMISSION, Respondents.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration filed June 25, 2026, which seeks reconsideration of this court's June 17, 2026 order denying the petition, the petition for writ of mandamus was about seeking "prospective enforcement" and "prospective relief only" to be applied to future election cycles, including the 2026 election. The petition's request for expedited consideration of the question presented underscores the relief sought by Petitioners. Petitioners' assertion in the

motion for reconsideration that the petition was not about prospective relief lacks merit.

This court has not overlooked or misapprehended points of law or fact.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 2, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter T. Cahill

